FILED

JUN 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


HARRY T. NUCKOLS, Plaintiff

Fed. Reg. No. 05521-082

FCI FAIRTON-CAMP

P.O. BOX 420

Fairton, New Jersey 08320


v.                                                    07 1181


Federal Bureau of Prisons
320 First Street, N.W.,
Washington, D.C. 20534,

And,

HARLEY LAPPIN, DIRECTOR
Federal Bureau of Prisons
320 First Street. N.W.
Washington, D.C. 20534


## MOTION TO PROCEED IN FORMA PAUPERIS IN
## ADMINISTRATIVE PROCEDURE ACT CIVIL ACTION


**NOW COMES,** the Plaintiff Harry T. Nuckols, and resp-
ectfully moves, pursuant to 28 U.S.C. § 1915, for an Order
granting leave to file his Administrative Procedure Act
Complaint in forma pauperis, without prepayment of costs and
fees, and without giving security therefor.

RECEIVED

JUN 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1).  Harry T. Nuckols is the plaintiff in this action.

2).  Plaintiff is unable to pay the court fees and costs necessary to prosecute my complaint or to give security for their payment.

3).  The details of Plaintiff's financial condition can be found in Attachment A of this motion.

4).  I therefore request leave to prosecute the proposed complaint in forma pauperis.

Respectfully Submitted,

Harry T. Nuckols, Pro Se

-2-

CERTIFICATION OF MOTION TO PROCEED
IN FORMA PAUPERIS.

I declare under the penalty of perjury that the
foregoing is true and correct, to the best of my knowledge,
information, and belief under Title 28 U.S.C. § 1746(West.
Revised Ed. 2005).

Executed on June / 1 7 /2007

Harry T. Nuckols, Pro se

-3-