UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY T. NUCKOLS )<br>Fed. Reg. No. 05521-082 )<br>FCI FAIRTON- SATELLITE CAMP )<br>P.O. BOX 420 )<br>Fairton, New Jersey 08320 )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>FEDERAL BUREAU OF PRISONS )<br>320 First Street, NW )<br>Washington, D.C. 20534, )<br>)<br>　　And, )<br>)<br>HARLEY LAPPIN, DIRECTOR )<br>FEDERAL BUREAU OF PRISONS )<br>320 First Street, NW )<br>Washington, D.C. 20534 )<br>)<br>　　　　Defendants. )<br>_____ ) | Civil Action No. 07-1181 (RJL)<br>Electronic Case Filing |

### ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Marian L. Borum** as counsel for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4810
Washington, D.C. 20530
(202) 514-6531 / (202) 514-8780 (fax)
marian.l.borum@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _30th_ day of **July**, 2007, a true and correct copy of the foregoing **Entry of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

> HARRY T. NUCKOLS
> Fed. Reg. No. 05521-082
> FCI FAIRTON- SATELLITE CAMP
> P.O. BOX 420
> Fairton, New Jersey 08320

_____/s/_____
MARIAN L. BORUM
Assistant United States Attorney