UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY T. NUCKOLS,  )<br>    )<br>        Plaintiff,  )<br>    )<br>v.    )<br>    )<br>FEDERAL BUREAU OF PRISONS, et al.  )<br>    )<br>        Defendants.  )<br>    ) | Civil Action No. 07-1181 (RJL) |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of thirty (30) days, up to and including October 17, 2007, in which to answer, move or otherwise respond to plaintiff's complaint. Defendants' response would otherwise be due on September 17, 2007.

This case arises under the Administrative Procedure Act, 5 U.S.C. § 701 et seq. Plaintiff requested that the Bureau of Prisons interview him to "determine[d] whether he [is] eligible for the Residential Drug Abuse Program ("RDAP")." Complaint at p. 4. Plaintiff's request was denied. Id. Plaintiff was informed that "inmates must be within thirty-six months of release to be considered for RDAP participation. At that time, [he] would . . . be interviewed to assess whether [he met] the admission criteria for the program." Id., Exhibit A, p. 3.[1] Plaintiff's full term date is November 14, 2011. See Exhibit 1, Public Information Inmate Data, p. 3. His

---

[1] On April 11, 2005, plaintiff pleaded guilty to Manufacturing Marijuana, in violation of 21 U.S.C. § 841(a)(1), and Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). On August 16, 2005, he was sentenced to seventy-five (75) months in prison. See Exhibit 1.

projected statutory release date is January 24, 2011.  See id.; Complaint, Exhibit C, p. 1.

Nevertheless, Plaintiff files this Complaint claiming that the Bureau of Prisons must "make an eligibility determination [at the time that] an inmate requests it."  Complaint at p. 4.

Undersigned counsel contacted agency counsel and learned that the agency is in the process of obtaining the documentation needed in order to prepare response to the Complaint.  Unfortunately, due to the press of schedules, this cannot be completed prior to September 17, 2007.  For these reasons, and to ensure that the government has sufficient time to prepare its response, defendant respectfully requests that the enlargement sought be granted.

Defendants have not conferred with plaintiff *pro se* regarding this matter because plaintiff *pro se* is incarcerated.[2]  An order granting the relief sought is attached hereto.

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with *pro se* parties.  Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LcvR 16.3(a).

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Harry T. Nuckols
Fed. Reg. No. 05521-082
FCI Fairton-Satellite Camp
P.O. Box 420
Fairton, New Jersey 08320

      /s/
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY T. NUCKOLS,<br><br>          Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, et al.<br><br>          Defendants. | Civil Action No. 07-1181 (RJL) |

**ORDER**

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including October 17, 2007 in which to answer, move or otherwise respond to plaintiff's Complaint.


Date _____    _____
                                                        UNITED STATES DISTRICT JUDGE

HARRY T. NUCKOLS
v.
FEDERAL BUREAU OF PRISONS, et al.

Civil Action No. 06-1187 (RJL)

EXHIBIT 1

```
BOPG8          *       PUBLIC INFORMATION          *    09-05-2007
PAGE 001       *          INMATE DATA              *    12:29:40
                       AS OF 09-05-2007

REGNO..: 05521-082  NAME: NUCKOLS, HARRY

                    RESP OF: FAI / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 856-453-1177   FAX: 856-453-4015
                                            RACE/SEX...: WHITE / MALE
FBI NUMBER.: 657086P6                       DOB/AGE....: 03-27-1956 / 51
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 01-24-2011                     PAR HEAR DT:
------------------------------- ADMIT/RELEASE HISTORY -------------------------------
FCL   ASSIGNMENT DESCRIPTION                    START DATE/TIME  STOP DATE/TIME
FAI   A-DES      DESIGNATED, AT ASSIGNED FACIL  09-27-2005 1109  CURRENT
B15   RELEASE    RELEASED FROM IN-TRANSIT FACL  09-27-2005 1109  09-27-2005 1109
B15   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-27-2005 0542  09-27-2005 1109
BRO   HLD REMOVE HOLDOVER REMOVED               09-27-2005 0542  09-27-2005 0542
BRO   A-HLD      HOLDOVER, TEMPORARILY HOUSED   09-14-2005 2123  09-27-2005 0542
O-P   RELEASE    RELEASED FROM IN-TRANSIT FACL  09-14-2005 2123  09-14-2005 2123
O-P   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-23-2005 1454  09-14-2005 2123
CBN   ADMIN REL  ADMINISTRATIVE RELEASE         08-23-2005 1454  08-23-2005 1454
CBN   A-ADMIN    ADMINISTRATIVE ADMISSION       08-23-2005 1446  08-23-2005 1454




G0002      MORE PAGES TO FOLLOW . . .
```

```
BCPG8              *        PUBLIC INFORMATION          *    09-05-2007
PAGE 002           *            INMATE DATA             *    12:29:40
                            AS OF 09-05-2007

REGNO..: 05521-082 NAME: NUCKOLS, HARRY

                   RESP OF: FAI / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 656-453-1177   FAX: 656-453-4015
PRE-RELEASE PREPARATION DATE: 07-24-2010

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 01-24-2011 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: VERMONT
DOCKET NUMBER....................: 1:04-CR-139
JUDGE............................: MURTHA
DATE SENTENCED/PROBATION IMPOSED: 06-16-2005
DATE COMMITTED...................: 05-27-2005
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                    FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:      $200.00         $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY: NO    SERVICES: NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 136
OFF/CHG: 21:841(A)(1) MANUFACTURING MARIJUANA
         18:922(G)(1) FELON IN POSSESSION OF A FIREARM

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE :    75 MONTHS
  TERM OF SUPERVISION............:     4 YEARS
  DATE OF OFFENSE................: 09-02-2004




GO002       MORE PAGES TO FOLLOW . . .
```

```
BOPG8                    *   PUBLIC INFORMATION      *   09-05-2007
PAGE 003 OF 003          *       INMATE DATA         *   12:29:40
                             AS OF 09-05-2007

REGNO..: 05521-082  NAME: NUCKOLS, HARRY

                RESP OF: FAI / DESIGNATED, AT ASSIGNED FACIL
                PHONE..: 856-453-1177    FAX: 856-453-4015
---------------------------CURRENT COMPUTATION NO. 010----------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-07-2005 AT FAI AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 09-16-2005
TOTAL TERM IN EFFECT............:    75 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     6 YEARS       3 MONTHS
EARLIEST DATE OF OFFENSE........: 09-02-2004

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    09-24-2004     09-24-2004

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 294
TOTAL GCT EARNED................: 106
STATUTORY RELEASE DATE PROJECTED: 01-24-2011
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 11-14-2011

PROJECTED SATISFACTION DATE.....: 01-24-2011
PROJECTED SATISFACTION METHOD...: GCT REL




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```