UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HARRY T. NUCKOLS, )
)
Plaintiff, )
)
v. ) Civil Action No. 07-1181 (RJL)
)
FEDERAL BUREAU OF PRISONS, et al. )
)
Defendants. )

### ORDER

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this 12th day of Sept, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including October 17, 2007 in which to answer, move or otherwise respond to plaintiff's Complaint.

Date 9/12/07

_____
UNITED STATES DISTRICT JUDGE

