UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRY T. NUCKOLS,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU OF PRISONS, et al.** )<br>)<br>    **Defendants.** )<br>) | Civil Action No. 07-1181 (RJL) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of thirty (30) days, up to and including December 13, 2007, in which to file a reply to plaintiff *pro se*'s Opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment or to Transfer.

Plaintiff *pro se*'s opposition was filed with the Clerk of the Court on Monday, November 5, 2007, but entered into the electronic filing database on Tuesday, November 6, 2007. Defendants' reply is due on Tuesday, November 13, 2007.[1]  However, undersigned counsel needs sufficient time to confer with agency counsel and conduct additional research in order to prepare a comprehensive response to plaintiff's opposition.  Due to the press of the schedules of agency counsel and undersigned counsel, this cannot be completed by November 13, 2007.  For these reasons, and to ensure that the government has sufficient time to prepare its response, defendants respectfully request that the enlargement sought be granted.

---

[1] Monday, November 12, 2007 is a federal holiday.

Defendants have not conferred with plaintiff *pro se* regarding this matter because plaintiff *pro se* is incarcerated.[2]  An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street,  N.W. - Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

---

[2] Local Civil Rule 7(m) does not apply to this motion because Plaintiff is incarcerated and is proceeding *pro se.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2007, I caused the foregoing to be served first class mail, postage prepaid, to plaintiff *pro se*, addressed as follows:

Harry T. Nuckols
Fed. Reg. No. 05521-082
FCI Fairton-Satellite Camp
P.O. Box 420
Fairton, New Jersey 08320

and

Harry T. Nuckols
Fed. Reg. No. 05521-082
FPC Yankton
P.O. Box 680
Yankton, South Dakota 57078

                                        /s/
                                        MARIAN L. BORUM
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRY T. NUCKOLS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1181 (RJL) |
| ) | |
| **FEDERAL BUREAU OF PRISONS, et al.** ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including December 13, 2007 in which to file a response to plaintiff's opposition.


Date _____                    _____
                                                UNITED STATES DISTRICT JUDGE